JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ELAINE ANDERSON, | No. EDCV 13-1912-CW |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: November 30, 2015

_____
CARLA M. WOEHRLE
United States Magistrate Judge